**Syed M. SHUAIB, Plaintiff–Appellant,**

v.

**NEW YORK CITY HOUSING AU-THORITY, CONSTRUCTION DE-PARTMENT, Defendant–Appellee,**

**Docket No. 02–9437.**

United States Court of Appeals, Second Circuit.

April 6, 2004.

Eric A. Klein, New York, NY, for Plaintiff–Appellant.

Ricardo E. Moralez, N.Y.C. Housing Authority, New York, NY, for Defendant–Appellee.

Present: MESKILL, KATZMANN, and WESLEY, Circuit Judges.

SUMMARY ORDER

Syed M. Tariq Shuaib, plaintiff-appellant, appeals the district court's dismissal of Shuaib's complaint for failure to prosecute and denial of his motion for reconsideration.

Having thoroughly reviewed the record, we find that the district court committed no error. Accordingly, the judgment of the district court is AFFIRMED.